| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>   United States Attorney | **FILED** |
| 2  BRIAN J. STRETCH (CSBN 163973) | |
| 3  Chief, Criminal Division | JAN 1 4 2009 |
| 4  PETER B. AXELROD (CSBN 190843)<br>   LAUREL BEELER (CSBN 187656) | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT |
| 5  Assistant United States Attorneys | NORTHERN DISTRICT OF CALIFORNIA |

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
7   Telephone: (415) 436-6774
    Facsimile: (415) 436-7234
8   Peter.Axelrod@usdoj.gov

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  | UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB |
14  |         Plaintiff,        | ) |                     |
15  |            v.             | ) | NOTICE OF DISMISSAL |
16  | SUNG YONG KIM,            | ) |                     |
17  |         Defendant.        | ) | (San Francisco Venue) |

18       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
19  United States Attorney for the Northern District of California dismisses the above indictment
20  with respect to defendant Sung Yong Kim without prejudice.
21  DATED: *1-12-09*              Respectfully submitted,
22                                JOSEPH P. RUSSONIELLO
23                                United States Attorney
24
                                  BRIAN STRETCH
25                                Chief, Criminal Division
    LEAVE GRANTED:
26
27  _____   Signed: January 14, 2009
    CHARLES R. BREYER
28  United States District Judge

NOTICE OF DISMISSAL (CR 05-395 CRB)